UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAURICE BRUNET,

                                  Plaintiff,

    -against-

UNITED STATES OF PROBATION
DEPARTMENT and JENNIFER A. PACE, U.S.
Probation Officer,

                                  Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3042 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 20, 2006, granting the defendant's motion to dismiss; and directing that plaintiff must comply with the Probation Officer's directive to submit a DNA sample; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendant's motion to dismiss is granted; and that plaintiff must comply with the Probation Officer's directive to submit a DNA sample.

Dated: Brooklyn, New York
         July 24, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court